[No. 29378-5-III. Division Three. December 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL EDWARD OSBORNE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00288-2, Evan E. Sperline, J., entered August 31, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 29422-6-III. Division Three. December 1, 2011.]

*In the Matter of the Marriage of* ELIZABETH G. NEBERGALL, *Respondent*, and ROBERT EARL NEBERGALL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-3-02309-1, Salvatore F. Cozza, J., entered September 9, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 61167-4-I. Division One. December 5, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW MOI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-08866-2, Laura Gene Middaugh, J., entered January 22, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Lau, JJ.

[No. 66125-6-I. Division One. December 5, 2011.]

PATRICK A.T. JONES, *Appellant*, v. THE TOWN OF HUNTS POINT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-09079-7, Laura C. Inveen, J., entered September 24, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Spearman, JJ. Now published at 166 Wn. App. 452.